## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Bryan Rafael Gomez
Petitioner,

v.                                          Case No.: 1:26−cv−00245−MRD−PAS

Patricia Hyde, et al.
Respondents.

### ORDER OF COURT

      To give the Court time to consider the pending petition, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Rhode Island without providing the Court with at least 72 hours' advance notice of the move and the reason therefore. Any such 72−hour notice period shall commence at the date and time such notice is filed and expire 72 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

      It is so ordered.

April 23, 2026                              By the Court:

                                            /s/ Melissa R. DuBose
                                            United States District Judge