UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRYAN RAFAEL GOMEZ,
    Petitioner,

      v.                                    CA No. 26-cv-245-MRD-PAS

DIRECTOR PATRICIA HYDE, et al..
    Respondents.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on April 28, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered granting the Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1.

It is so ordered.

April 27, 2026                           By the Court:

                                      /s/ Melissa R. DuBose
                                      U.S. District Judge